NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

O2 MICRO INTERNATIONAL LTD. AND O2 MICRO INC.,
*Appellants,*

v.

INTERNATIONAL TRADE COMMISSION,
*Appellee,*

and

MICROSEMI CORPORATION,
*Intervenor.*

---

2010-1482

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-666.

---

## ON MOTION

---

## ORDER

Upon consideration of the motion to withdraw Henry C. Bunsow and to substitute K.T. Cherian as principal counsel for O2 Micro International Ltd. and O2 Micro Inc.,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**FEB 03 2011**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Henry C. Bunsow, Esq.
K.T. Cherian, Esq.
Daniel E. Valencia, Esq.
Mark W. Yocca, Esq.

s21

**FILED**
**U.S. COURT OF APPEALS FOR**
**THE FEDERAL CIRCUIT**

**FEB 03 2011**

**JAN HORBALY**
**CLERK**